# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JOE HAND PROMOTIONS, INC. as Broadcast Licensee of the November 21, 2015 Cotto/Canelo Program,

*Plaintiff,*

v.

HOWARD SINGLETON a/k/a HOWARD MEDLEY, Individually, and d/b/a MEDLEY'S JAZZ RESTAURANT, a/k/a MEDLEY'S JAZZ BAR,

*Defendants.*

Civil Action No. 17-13687 (JMV) (MF)

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons stated in the accompanying Opinion, and for good cause shown,

**IT IS** on this 20th day of June, 2018,

**ORDERED** that Plaintiff's motion for default judgment (D.E. 9) is **GRANTED** in the amount of $13,388.50; and it is further

**ORDERED** that Plaintiff's counsel shall serve a copy of this order on Defendant at his last known addresses; and it is further

**ORDERED** that the Clerk's Office shall close this matter.

John Michael Vazquez, U.S.D.J.